**Order entered December 7, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00701-CR

### RICHARD DOUGLAS MCCUTCHEON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F15-71547-I**

## ORDER

Before the Court is appellant's December 4, 2020 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by January 5, 2021.

/s/    BILL PEDERSEN, III
JUSTICE